UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 05-34183 |
|---|---|
| BARBI KUVSHINIKOV | (Chapter 13) |
| Debtor | JUDGE GUY R. HUMPHREY |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **3985410**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 11/ 26 | QUICK PAYDAY<br>87 E 1400 NORTH<br>LOGAN, UT  84321 | 460.00 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 11/16/2009

Certificate of Service     05-34183

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

BARBI KUVSHINIKOV
1108 SOLID ROCK BLVD
APT 4
WASHINGTON CH, OH  43160

W MARK JUMP
2130 ARLINGTON RD
COLUMBUS, OH  43221

(14.1n)
ECMC
7325 BEAUFONT SPRINGS
SUITE 200
RICHMOND, VA  23225

(13.1n)
PREMIER BANKCARD
PREMIER CSI DEPT SDPR
BOX 2208
VACAVILLE, CA  95696

(26.1)
QUICK PAYDAY
87 E 1400 NORTH
LOGAN, UT  84321

(30.1n)
TARGET NATIONAL BANK
% WEINSTEIN AND RILEY
2001 WESTERN AVENUE STE 400
SEATTLE, WA  98121

Jeffrey M. Kellner BY     ___/s/ Jeffrey M. Kellner_____     cs